157 A.3d 849

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SUDEEP J. KHETANI, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003102–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 849

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. NOAH MOSLEY (A/K/A NUBEE OUTUUQCIO, NUBEE BUCKUOUTUUQCIO AND NOAH MOSELEY), DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003212–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted limited to the issue of the trial court's acceptance of hearsay testimony as proof that defendant committed a new offense in violation of probation.